[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 4, 2008
THOMAS K. KAHN
CLERK

_____

No. 06-15213

_____

D.C. Docket No. 05-20652-CR-CMA

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

versus

NANCY KARRSENHOUT,
MADJIED ALI SAMSOEDIEN,
a.k.a. Jerry,
ANGEL SOLER,

Defendants–Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(March 4, 2008)**

Before ANDERSON and BARKETT, Circuit Judges, and TRAGER[*], District Judge.

PER CURIAM:

Nancy Karrsenhout, Madjied Ali Samsoedien, and Angel Soler appeal their respective convictions for conspiring to launder money in violation of 18 U.S.C. § 1956(h). Karrsenhout and Samsoedien also appeal their respective sentences.

We have reviewed the record and carefully considered the parties' contentions put forth in the briefs and at oral argument. We conclude that the district court committed no reversible error as to either the convictions of Karrsenhout, Samsoedien, and Soler or the sentences of Karrsenhout and Samsoedien.

**AFFIRMED**.

---

[*] Honorable David G. Trager, United States District Judge for the Eastern District of New York, sitting by designation.